Judge Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,    )
                             )     NO.  CR07-5261FDB
            Plaintiff,       )
                             )     ORDER SETTING OVER
      v.                     )     MOTIONS CUT-OFF
EDGAR I. RODRIGUEZ JUAREZ    )
                             )
            Defendant.       )
_____)

        Based on the stipulated motion of the parties to continue the motions cut-off date,

the Court makes the following findings of fact and conclusions of law:

        The ends of justice will be served by granting this continuance to allow the

defense additional time to review discovery and explore issues of some complexity,

including all relevant issues and defenses applicable to the case, taking into account the

exercise of due diligence.

        NOW, THEREFORE,

//

//

//

//

//

*USA v. Edgar I. Rodriguez Juarez, CR07-5261FDB*  -1
Order Setting Over Motions Cut-off

1    IT IS HEREBY ORDERED that the pretrial motions cut-off of June 28, 2007 be

2  continued to July 25, 2007.  All other dates will remain as set.

3    DONE this 18th day of June, 2007.

4

5

6

7

8

9    JUDGE FRANKLIN D. BURGESS

10   UNITED STATES DISTRICT JUDGE

11

12 Presented By:

13

14

15

16

17  _____        _____

18  Colin Fieman                           Matthew H. Thomas

19  Attorney for Mr. Campos                Assistant United States Attorney

20

21

22                                         _____

23

24                                         Lisca Borichewski

25                                         Assistant United States Attorney

26

27

28

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402-4305
(253) 428-3800